IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO., <br><br> Plaintiff <br><br> v. <br><br> PETRO MIKOLAYEVICH KIRITCHENKO, et al., <br><br> Defendants. <br> _____/ | No. C-99-3073 MMC <br><br> **ORDER DIRECTING PARTIES TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On June 10, 2005, defendants Bancross U.S. Holdings, Inc, Xanadu Property Holdings, LLC, and BRC Property Holdings, LLC electronically filed a joinder in the Kiritchenko defendants' opposition to plaintiff's "Motion for Lifting Stay"; on June 16, 2005, the Lazarenko defendants filed an opposition to plaintiff's "Motion for Lifting Stay." Said parties have violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

The parties are hereby ORDERED to comply with General Order 45 and the Court's

1 standing orders by immediately submitting chambers copies of the above-referenced
2 documents.  The parties are hereby advised that if any party fails in the future to comply
3 with the Court's order to provide chambers copies of electronically-filed documents, the
4 Court may impose sanctions on the noncomplying party, including, but not limited to,
5 striking from the record any electronically-filed document of which a chambers copy has not
6 been timely provided to the Court.

7 **IT IS SO ORDERED.**

8 Dated: June 20, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge