United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO., <br><br> Plaintiff <br><br> v. <br><br> PETRO MIKOLAYEVICH KIRITCHENKO, et al., <br><br> Defendants. <br> _____/ | No. C-99-3073 MMC <br><br> **ORDER STRIKING LAZARENKO DEFENDANTS' OPPOSITION TO PLAINTIFF'S "MOTION FOR LIFTING STAY"** |

    On June 16, 2005, the Lazarenko defendants filed an opposition to plaintiff's "Motion for Lifting Stay." The Lazarenko Defendants violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

    In an order filed June 20, 2005, the Court ordered the Lazarenko defendants to immediately submit a chambers copy of their opposition, and warned them that if they failed in the future to comply with the Court's order to submit chambers copies of

electronically-filed documents, the Court would consider imposing sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy had not been timely provided to the Court.

The Lazarenko defendants again have violated the Court's order by failing to lodge a chambers copy of their opposition. The Court expects the parties to comply with the Court's orders without being repeatedly reminded to do so. Accordingly, the Court hereby STRIKES the Lazarenko defendants' opposition from the record, without prejudice to their filing a new opposition in compliance with General Order 45 and accompanied by a declaration explaining the reasons for their failure to date to abide by the Court's orders.

**IT IS SO ORDERED.**

Dated: June 24, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge