IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PETRO MIKOLAYEVICH KIRITCHENKO, et al.,<br><br>　　　　Defendants<br>_____/ | No. C-99-3073 MMC<br><br>**ORDER RE: OPPOSITION TO MOTION TO LIFT STAY** |

　　　　On May 27, 2005, plaintiff filed a "Motion for Lifting Stay," which was noticed for hearing July 1, 2005. Pursuant to Civil Local Rule 7-3(a), any opposition to the motion was required to be filed no later than June 10, 2005. Although no opposition to the motion was filed by intervenor The United States of America ("government") by that date, the government filed, on June 17, 2005, a motion for a continuance of the hearing to allow time for it to file opposition to the motion. On June 21, 2005, the Court granted the motion, continued the hearing to July 29, 2005, and ordered the government to file its opposition no later than July 8, 2005. To date, no opposition has been filed by the government.

　　　　Accordingly, the Court deems the motion to be unopposed by the government, and

/ /

/ /

1 | the Court will consider only the oppositions filed by the Kiritchenko and Lazarenko
2 | defendants.
3 | **IT IS SO ORDERED.**
4 | Dated: July 12, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge