1 | ASPELIN & BRIDGMAN, LLP
  | JOHN H. ASPELIN, ESQ (S.B. #56477)
2 | 220 Montgomery Street, Suite 1009
  | San Francisco, CA 94104
3 | 415 296 9812 tel
  | 415 296 9814 fax
4 |
  | Attorneys for Plaintiff,
5 | UNIVERSAL TRADING & INVESTMENT Co.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNIVERSAL TRADING & INVESTMENT CO., | ) Case No. 99-3073 MMC |
|---|---|
|  | ) ~~(Proposed)~~ ORDER GRANTING |
|  | ) ADMINISTRATIVE REQUEST |
| Plaintiff, | )  TO CONTINUE HEARING ON |
|  | ) DEFENDANTS' MOTION FOR |
| vs. | ) SUMMARY  JUDGMENT |
|  | ) [Local Rules 7-10 & 56-1 Fed.Rule 56(c)] |
| PETRO MIKOLAYEVICH KIRITCHENKO, et al., | ) Date: Jan. 27, 2006 |
|  | ) Time: 9:00 a.m. |
|  | ) Judge: Hon.  Maxine M.  Chesney |
| Defendants. | ) Ct.:    Seven |
|  | ) |

The administrative request of Plaintiff Universal Trading and Investment Co. to continue the hearing on the motion for summary judgment filed by the Kiritchenko defendants, from January 27, 2006 to February 10, 2006 at 9:00 a.m., is hereby GRANTED. Plaintiff's opposition is due no later than January 20, 2006; defendants' reply is due no later than January 30, 2006.

Dated: January 12, 2006

_____
Hon. MAXINE M. CHESNEY
United States District Judge

---

Proposed Order, 99cv03073 MMC/EDL                                                                                                1