UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br> PETRO MIKOLAYEVICH KIRITCHENKO, et al.,<br><br>        Defendants.<br>_____/ | No. 99-03073 MMC (EDL)<br><br>NOTICE AND ORDER SETTING BRIEFING SCHEDULE |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of Plaintiff's Application for the issuance of a Letter of Request, filed in the above-entitled action on January 23, 2006. The Courts sets the hearing for February 28, 2006 at 9:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

In accordance with Civil Local Rule 7-3, the opposition  shall be served and filed no later than **February 7, 2006**.   Any reply to the opposition shall be served and filed no later than **February 14, 2006.**

LAW AND MOTION HEARING PROCEDURES

All filings of documents relating to motions referred to Magistrate Judge Laporte shall list the civil case number and the District Court Judge's initials followed by the designation "(EDL)".

Except as otherwise noted above, all documents shall be filed at the Clerk's Office in compliance with Local Rules 7-2 through 7-5.  Documents not filed in compliance with those rules will not be considered.

1   If documents are filed electronically, a paper chambers copy of each electronically filed
2 document must be delivered to the Court no later than 12:00 noon on the day after the filing. The paper
3 chambers copy must be marked "Chambers Copy" and must be lodged with the Clerk's Office, in an
4 envelope clearly marked with the judge's name, case number, and "Chambers Copy." Parties must not
5 <u>file</u> a paper copy of any document with the Clerk's Office that has already been filed electronically. ed
6 by the Court.

Any party seeking an award of attorney's fees or other expenses in connection with this motion shall file a motion in accordance with Civil Local Rule 37-3.

Dated: January 27, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

2