United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO., <br><br> Plaintiff <br><br> v. <br><br> PETRO MIKOLAYEVICH KIRITCHENKO, et al., <br><br> Defendants. | No. C-99-3073 MMC <br><br> **ORDER VACATING FEBRUARY 10, 2006 HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> (Docket No. 843) |

As the Court is unavailable on February 10, 2006, the February 10, 2006 hearing on the motion for summary judgment filed October 15, 2005 by defendants Peter Kiritchenko, Izabella Kiritchenko, and Ludmilla Kiritchenko is hereby VACATED. The Court will reschedule the hearing, if necessary, at a later date.

**IT IS SO ORDERED.**

Dated: February 6, 2006

MAXINE M. CHESNEY
United States District Judge