ASPELIN & BRIDGMAN, LLP
JOHN H. ASPELIN, ESQ (S.B. #56477)
220 Montgomery Street, Suite 1009
San Francisco, CA 94104
415 296 9812 tel
415 296 9814 fax

Attorneys for Plaintiff,
UNIVERSAL TRADING & INVESTMENT Co.

FILED
MAR 21 2006
RICHARD W. ...
CLERK...
NORTH...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO., <br><br> Plaintiff, <br><br> vs. <br><br> PETRO MIKOLAYEVICH KIRITCHENKO, et al., <br><br> Defendants. | Case No. 99-3073 MMC <br><br> (~~PROPOSED~~) STIPULATION AND 5th Amendment <br> ORDER REGARDING ~~PRODUCTION~~ Claim <br> ~~OF DOCUMENTS~~ BY DEFENDANT <br> PETRO KIRITCHENKO TO PRODUCTION OF <br> DOCUMENTS <br> Date: March 21, 2006 <br> Time: 9:00 a.m. <br> Judge: Hon. Elizabeth D. Laporte <br> Ct.: E, 15th Floor |

WHEREAS plaintiff has served defendant Petro Kiritchenko Sets 1 through 5 of the Requests for Production of Documents in the above styled action,

WHEREAS the said defendant has asserted his rights under the 5th Amendment in response to said discovery,

WHEREAS the discovery cut-off in this action is ordered for November 24, 2006 and plaintiff asserts that it needs the documents for scheduling depositions,

IT IS HEREBY STIPULATED AS FOLLOWS:

Stipulation and Proposed Order, 99cv03073 MMC/EDL                              1

1. Defendant Petro Kiritchenko will within 10 days produce the transcript of the Swiss Magistrate questioning Mr. Kiritchenko on February 15-16, 2000 and the transcript of the Assistant United States Attorney questioning Mr. Kiritchenko on April 23-25, 2001 to plaintiff's counsel to be maintained under plaintiff's counsel's control and supervision. Such production shall be made ad hoc in this litigation only and shall not be deemed waiver by the said defendant of the claimed 5th Amendment privilege. Defendant Petro Kiritchenko will produce all remaining discoverable documents that plaintiff has requested, without any being withheld on the basis of the 5th Amendment, at such time and in such manner as the parties may agree or, failing to be able to reach agreement, as the court may order.

2. Neither plaintiff nor its agents shall initiate any communications to any third person about its access to any of those documents and shall not voluntarily transfer their copies to any third persons, including but not limited to any federal or State agencies until the sentencing of Petro Kiritchenko takes place.

3. In the event plaintiff is served with a subpoena from a court having jurisdiction regarding any documents produced pursuant to this stipulation, plaintiff's counsel shall forward by fax within two working days a copy of the subpoena to the defendant's counsel. Defendant will then determine whether it wishes to oppose the subpoena. In the event no opposition to the subpoena is timely filed by defendant within five working days of defendant's receipt of the subpoena from plaintiff, plaintiff will comply with the subpoena, subject to any objections plaintiff may have.

(a) Plaintiff shall not depose defendant Peter Kiritchenko until after Pavel Lazarenko is sentenced in the United States' case against him.

4. Plaintiff shall not publish any of the produced documents in exhibits to any pleadings until the said defendant's sentencing takes place. However, plaintiff reserves the right to submit produced documents "under seal" as may be allowed by the court subject to plaintiff's request.

1 | Dated: March 21, 2006      ASPELIN & BRIDGMAN LLP

BY: _____
John H. Aspelin, Esq.
Attorneys for Universal Trading & Investment Co.

Dated: March 21, 2006      KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

BY: _____
Tracy M. Clements
Attorneys for Defendants Peter, Izabella, and Ludmilla Kiritchenko

ORDER

The moving, opposing and joining parties having stipulated, and good cause appearing therefore, IT IS SO ORDERED.

Dated: Mar 21, 2006

_____
The Hon. ELIZABETH D. LAPORTE
United States District Court Magistrate Judge