IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO., <br><br> Plaintiff, <br><br> v. <br><br> PETRO MIKOLAYEVICH KIRITCHENKO, et al., <br><br> Defendants. _____/ | No. C-99-3073 MMC (EDL) <br><br> **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL** |

Plaintiff Universal Trading & Investment Co. moved to compel Defendant Petro Mikolayevich Kiritchenko to produce a number of categories of documents. At the hearing, the parties executed a stipulation by which Kiritchenko agreed to produce documents that he argued were protected by his Fifth Amendment rights against self-incrimination. See Docket No. 982. That part of Plaintiff's motion to compel accordingly is DENIED AS MOOT. Plaintiff's motion to compel Defendant to produce documents from Ukrainian courts is DENIED, except that Defendant shall produce docket sheets reflecting docket entries entered after its last production of docket sheets, through the date of this Order. Plaintiff's motion to compel Defendant to produce correspondence between himself and/or his agents and the General Prosecutor's Office of Ukraine is DENIED. Plaintiff's motion to compel Defendant to produce a privilege log is GRANTED as to documents created before the commencement of this action (or related matters), and DENIED as to

documents created afterwards.  Plaintiff's motion for sanctions is DENIED.

**IT IS SO ORDERED.**

Dated: March 21, 2006                              *Elizabeth D. Laporte*

                                        ELIZABETH D. LAPORTE
                                        United States Magistrate Judge