IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO.,<br><br>    Plaintiff,<br><br>  v.<br><br>PETRO MIKOLAYEVICH KIRITCHENKO, et al.,<br><br>    Defendants.<br>_____/ | No. C-99-3073 MMC (EDL)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE REPLY AND CONDITIONALLY GRANTING PLAINTIFF'S MOTION FOR ISSUANCE OF LETTER OF REQUEST** |

    On February 28, 2006, Plaintiff Universal Trading & Investment Co. moved this Court for the issuance of a letter of request to depose a witness in the Cayman Islands. See Docket No. 923. In support of that motion, Plaintiff moved the Court for an extension of time in which to file its reply. Id. No. 959. Defendants did not oppose this request for an extension. Id. No. 960. The Court accordingly considered the reply in reaching its decision and grants the stipulation. At the hearing, the Court indicated that Plaintiff was entitled to the discovery, but ordered the parties to meet and confer on the disputed terms of the proposed letter. At the end of the hearing, the parties reported that they had reached agreement on the wording of the letter. Plaintiff undertook to redraft the letter for Defendants' approval, and then to file it. Three weeks have elapsed since the hearing, but Plaintiff has yet to file its amended letter of request or to indicate that the parties cannot agree on the final wording for the letter. Accordingly, the Court conditionally grants Plaintiff's motion for the

issuance of a letter of request and for oral testimony.  The Court shall grant the motion unconditionally once Plaintiff files the amended letter of request.

**IT IS SO ORDERED.**

Dated: March 22, 2006

*Elizabeth D. Laporte*

ELIZABETH D. LAPORTE
United States Magistrate Judge

2