IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO., <br><br> Plaintiff <br><br> v. <br><br> PETRO MIKOLAYEVICH KIRITCHENKO, et al., <br><br> Defendants. _____ / | No. C-99-3073 MMC <br><br> **ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO SUPPLEMENT RECORD BY REGISTRATION OF JUDGMENT FROM ANOTHER DISTRICT** <br><br> (Docket No. 979) |

     Before the Court is the administrative motion filed March 17, 2006 by plaintiff Universal Trading & Investment Co. ("UTI") to supplement its briefing on the pending motion for summary judgment filed by defendants Peter Kiritchenko, Izabella Kiritchenko, and Ludmilla Kiritchenko (collectively, "Kiritchenko defendants"). In particular, UTI seeks to supplement the record by registering a judgment in favor of UTI and against United Energy Systems of Ukraine ("UESU"), entered July 7, 2005 by the United States District Court for the District of Massachusetts ("UESU judgment"). UTI further seeks to supplement the record with the declarations of Dr. Youry A. Lambert, Dr. W. Scott Thompson, and Dr. Warren Coats, filed February 27, 2006 in support of registration of the UESU judgment. The Kiritchenko defendants have filed opposition to the motion; no reply has been filed.

Civil Local Rule 7-3(d), in relevant part, provides that "once a reply is filed no additional memoranda, papers or letters may be filed without prior Court approval." See Civil L.R. 7-3(d).  Here, UTI relied on the UESU judgment in UTI's briefing filed January 20, 2006 in opposition to the Kiritchenko defendants' motion for summary judgment. Consequently, because the UESU judgment and UTI's arguments with respect to the legal effect of that judgment already are part of the record on the motion for summary judgment, there is no need to "supplement" the record with the UESU judgment.

With respect to the above-referenced declarations, UTI has submitted no evidence as to why those declarations could not have been submitted earlier in the summary judgment proceedings.  Consequently, UTI has failed to show good cause for supplementing the summary judgment record therewith.

Accordingly, plaintiff's motion to supplement the record is hereby DENIED.

**IT IS SO ORDERED.**

Dated: April 20, 2006

MAXINE M. CHESNEY
United States District Judge

2