UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT COMPANY,<br><br>         Plaintiff,<br><br>    v.<br><br>PETRO MIKOLAYEVICH KIRITCHENKO, *et al.*,<br><br>         Defendants.<br>_____/ | No. C-99-3073 MMC (EMC)<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **January 19, 2007, at 9:30 a.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Further Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

♦   **Further Settlement Conference statements shall be lodged with Judge Chen's chambers by January 5, 2007.  If this case is designated as an electronic filing ("e-filing") case, statements must be lodged by hard copy only and should not be electronically filed.**

All other provisions of this Court's June 13, 2005 Notice of Settlement Conference and Settlement Conference Order (Docket No. 817) shall remain in effect.

///

///

1  The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415)
2  522-4050 if this case settles prior to the date set for Further Settlement Conference.

4  IT IS SO ORDERED.

6  Dated: September 13, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge