```
1   STAN G. ROMAN (87652) (sroman@kksrr.com)
    TRACY M. CLEMENTS (184150) (tclements@kksrr.com)
2   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3   114 Sansome Street, 4th Floor
    San Francisco, CA  94104
4   Telephone:  (415) 249-8330
    Facsimile:  (415) 249-8333
5
6   Attorneys for Defendants,
    PETER KIRITCHENKO, IZABELLA KIRITCHENKO
7   and LUDMILLA KIRITCHENKO
8
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| UNIVERSAL TRADING & INVESTMENT CO., | Case No.: C 99-3073 MMC (EDL) |
|---|---|
| Plaintiff, | **SUBSTITUTION OF COUNSEL FOR DEFENDANT BRANCROSS U.S. HOLDINGS, INC.** |
| v. | |
| PETRO MIKOLAYEVICH KIRITCHENKO, et al., | Judge:      Hon. Maxine M. Chesney |
| Defendants. | Courtroom:  7, 19th Floor |

Defendant Brancross U.S. Holdings, Inc. hereby substitutes Krieg, Keller, Sloan, Reilley & Roman, 114 Sansome Street, Fourth Floor, San Francisco, CA 94104, as counsel of record in place of Coblentz, Patch, Duffy & Bass, LLP, One Ferry Building, Suite 200, San Francisco, CA  94111.

I consent to the above substitution of attorneys.

Dated: ~~October 30, 2006~~ Nov. 2, 2006

BY: _____

PETER KIRITCHENKO,

BRANCROSS U.S. HOLDINGS, INC.

---

SUBSTITUTION OF COUNSEL
C 99-3073 MMC (EDL)

I accept this substitution.

Dated: ~~October 30, 2006~~ Nov. 2, 2006

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

BY: _____
STAN G. ROMAN
Attorneys for Defendants PETER KIRITCHENKO, IZABELLA KIRITCHENKO and LUDMILLA KIRITCHENKO

Dated: October 30, 2006

COBLENTZ, PATCH, DUFFY & BASS, LLP

BY: _____
JEFFREY G. KNOWLES
Attorneys for Defendants BRANCROSS U.S. HOLDINGS, INC., XANADU PROPERTY HOLDINGS, LLC, BRC PROPERTY HOLDINGS, LLC AND ABS TRADING, INC.

**IT IS SO ORDERED:**

Dated: November 3, 2006

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA