STAN G. ROMAN (87652) (sroman@kksrr.com)
TRACY M. CLEMENTS (184150) (tclements@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendants,
PETER KIRITCHENKO, IZABELLA KIRITCHENKO
and LUDMILLA KIRITCHENKO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO.,<br><br>Plaintiff,<br>v.<br><br>PETRO MIKOLAYEVICH KIRITCHENKO, et al.,<br><br>Defendants. | Case No.: C 99-3073 MMC (EDL)<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANT XANADU PROPERTY HOLDINGS, LLC**<br><br>Judge:      Hon. Maxine M. Chesney<br>Courtroom:  7, 19th Floor |

Defendant Xanadu Property Holdings, LLC hereby substitutes Krieg, Keller, Sloan, Reilley & Roman, 114 Sansome Street, Fourth Floor, San Francisco, CA 94104, as counsel of record in place of Coblentz, Patch, Duffy & Bass, LLP, One Ferry Building, Suite 200, San Francisco, CA 94111.

I consent to the above substitution of attorneys.
Dated: ~~October 30, 2006~~ Nov. 2, 2006

BY: _____
PETER KIRITCHENKO
XANADU PROPERTY HOLDINGS, LLC

SUBSTITUTION OF COUNSEL
C 99-3073 MMC (EDL)

I accept this substitution.

Dated: ~~October 30, 2006~~ Nov. 2, 2006

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

BY: _____
STAN G. ROMAN
Attorneys for Defendants PETER KIRITCHENKO,
IZABELLA KIRITCHENKO and LUDMILLA
KIRITCHENKO

Dated: October 30, 2006

COBLENTZ, PATCH, DUFFY & BASS, LLP

BY: _____
JEFFREY G. KNOWLES
Attorneys for Defendants BRANCROSS U.S.
HOLDINGS, INC., XANADU PROPERTY
HOLDINGS, LLC, BRC PROPERTY HOLDINGS, LLC
AND ABS TRADING, INC.

**IT IS SO ORDERED:**

Dated: November 3, 2006

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SUBSTITUTION OF COUNSEL**
**C 99-3073 MMC (EDL)**