1  STAN G. ROMAN (87652) (sroman@kksrr.com)
2  TRACY M. CLEMENTS (184150) (tclements@kksrr.com)
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3  114 Sansome Street, 4th Floor
   San Francisco, CA 94104
4  Telephone: (415) 249-8330
   Facsimile: (415) 249-8333
5
6  Attorneys for Defendants,
   PETER KIRITCHENKO, IZABELLA KIRITCHENKO
7  and LUDMILLA KIRITCHENKO
8

9             UNITED STATES DISTRICT COURT
10         FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                 (SAN FRANCISCO DIVISION)

12 | UNIVERSAL TRADING & INVESTMENT CO., | Case No.: C 99-3073 MMC (EDL) |
13 |  |  |
14 | Plaintiff, | **SUBSTITUTION OF COUNSEL FOR DEFENDANT ABS TRADING COMPANY** |
15 | v. |  |
16 | PETRO MIKOLAYEVICH KIRITCHENKO, et al., |  |
17 | Defendants. | Judge: Hon. Maxine M. Chesney<br>Courtroom: 7, 19th Floor |
18

19

20    Defendant ABS Trading, Inc. hereby substitutes Krieg, Keller, Sloan, Reilley & Roman, 114
21 Sansome Street, Fourth Floor, San Francisco, CA 94104, as counsel of record in place of Coblentz,
22 Patch, Duffy & Bass, LLP, One Ferry Building, Suite 200, San Francisco, CA 94111.
23    I consent to the above substitution of attorneys.
24 Dated: ~~October 30, 2006~~ Nov. 2, 2006
25
                              BY: _____
26                                 PETER KIRITCHENKO
27                                 ABS TRADING, INC.
28

**SUBSTITUTION OF COUNSEL**
C 99-3073 MMC (EDL)

I accept this substitution.

Dated: ~~October 30, 2006~~ Nov. 2, 2006

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

BY: _____
STAN G. ROMAN
Attorneys for Defendants PETER KIRITCHENKO, IZABELLA KIRITCHENKO and LUDMILLA KIRITCHENKO

Dated: October 30, 2006

COBLENTZ, PATCH, DUFFY & BASS, LLP

BY: _____
JEFFREY G. KNOWLES
Attorneys for Defendants BRANCROSS U.S. HOLDINGS, INC., XANADU PROPERTY HOLDINGS, LLC, BRC PROPERTY HOLDINGS, LLC AND ABS TRADING, INC.

**IT IS SO ORDERED:**

Dated: November 3, 2006

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUBSTITUTION OF COUNSEL
C 99-3073 MMC (EDL)