STAN G. ROMAN (SBN 87652) sroman@kksrr.com
TRACY M. CLEMENTS (SBN 184150) rclements@ksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Attorneys for Defendants
PETER KIRITCHENKO, IZABELLA KIRITCHENKO
And LUDMILLA KIRITCHENKO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO.,<br>            Plaintiff,<br><br>    v.<br><br>PETRO MIKOLAYEVICH KIRITCHENKO, et al.,<br><br>            Defendants. | Case No.: C99-3073 MMC (EDL)<br><br>**ORDER GRANTING RENEWED APPLICATION FOR ORDER SHORTENING TIME TO HEAR PETER KIRITCHENKO'S MOTION TO RELEASE ATTACHMENT ON THE JACKSON STREET PROPERTY**<br><br>**Courtroom E**<br>**Judge:  Elizabeth D. Laporte** |

The Court has considered defendants Peter Kiritchenko's ("Defendant") Renewed Application for Order Shortening Time to Hear Peter Kiritchenko's Motion to Release Attachment on the Jackson Street Property.  Good cause appearing, the Court makes the following order:

IS HEREBY ORDERED that:

Defendant's Renewed Application for Order Shortening Time is GRANTED.  The following briefing and hearing schedule shall apply:

1.   **November 13, 2006**:  Defendant to file Reply brief in support his motion to release the attachment on the subject property;

ORDER GRANTING RENEWED APPLICATION FOR ORDER SHORTENING TIME
C99-3073 MMC (EDL)                                                                                                                    1

2.   **November 14, 2006 at 2:30 p.m.**:  Telephonic hearing on the above-referenced motion.

IT IS SO ORDERED.

Dated: November 13, 2006



The Hon. Elizabeth D. Laporte
United States Magistrate Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME
C99-3073 MMC (EDL)                                                                                           2