IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT COMPANY,<br><br>         Plaintiff,<br>    v.<br><br>PETRO MIKOLAYEVICH KIRITCHENKO, et al.,<br><br>         Defendants | No. C-99-3073 MMC (EDL)<br><br>**ORDER DENYING MOTION TO STAY, AND OBJECTIONS TO, MAGISTRATE JUDGE LAPORTE'S ORDER REGARDING PROPERTY SALE AND SALE PROCEEDS**<br><br>(Docket No. 1098) |

Before the Court is plaintiff's motion, filed November 14, 2006, to stay Magistrate Judge Elizabeth D. Laporte's November 14, 2006 Order Regarding Property Sale and Sale Proceeds, and objections thereto.

Having fully considered the matter, the Court hereby DENIES both the motion to stay and the objections, for the reason plaintiff has failed to show said order is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate's order where it has been shown to be clearly erroneous or contrary to law).

This order terminates Docket No. 1098.

**IT IS SO ORDERED.**

Dated: November 15, 2006

MAXINE M. CHESNEY
United States District Judge