**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNIVERSAL TRADING & INVESTMENT                No. C-99-3073 MMC (EDL)
     COMPANY,
12                                                **ORDER STRIKING WITHOUT**
              Plaintiff,                          **PREJUDICE PLAINTIFF'S REQUEST**
13      v.                                        **FOR IMPOSITION OF MONETARY**
                                                  **SANCTIONS**
14   PETRO MIKOLAYEVICH KIRITCHENKO,
     et al.,
15                                                (Docket No. 1121)
              Defendants
16   _____/

17
          Before the Court is plaintiff's motion, filed December 1, 2006, to "Strike Pleadings
18
     and to Enter Default of ABS Trading, Inc. and of Zeneta Foundation and to Impose
19
     Sanctions for Litigation of Suspended ABS Trading Inc."  Pursuant to the Civil Local Rules
20
     of this District, "[a]ny motions for sanctions . . . must be separately filed[.]" See Civil L.R.
21
     7-8(a).  Accordingly, the request for imposition of monetary sanctions contained in the
22
     above-referenced motion is hereby STRICKEN, without prejudice to plaintiff's refiling the
23
     matter as a separate motion.
24
          **IT IS SO ORDERED.**
25
     Dated: December 8, 2006                      _____
26                                                MAXINE M. CHESNEY
                                                  United States District Judge
27

28