United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNIVERSAL TRADING & INVESTMENT              No. C-99-3073 MMC (EDL)
     COMPANY,
12                                               **ORDER VACATING HEARING RE:**
                    Plaintiff,                   **MOTION TO STRIKE PLEADINGS,**
13                                               **ENTER DEFAULT, AND FOR**
                                                 **SUMMARY JUDGMENT AGAINST**
14     v.                                        **DUGSBERY INC.; REFERRING**
                                                 **DISCOVERY DISPUTE RE: DUGSBERY,**
15                                               **INC. TO MAGISTRATE JUDGE**
                                                 **LAPORTE; DIRECTING DEFENDANT**
16   PETRO MIKOLAYEVICH KIRITCHENKO,             **LAZARENKO TO FILE DECLARATION**
     et al.,                                     **RE: UKRAINIAN SUPREME COURT**
17                                               **DECISION**
                    Defendants
18   _____/         (Docket No. 1102)

19

20        Before the Court is plaintiff's "Notice of Renewed Motion to Strike Pleadings, Enter

21   Default, and of Renewed Motion for Summary Judgment Against Defendant Dugsbery

22   Inc.," and Memorandum of Points and Authorities in support thereof, filed November 17,

23   2006.  The Court previously issued an order, (see Docket No. 906), vacating the hearing

24   dates on the dispositive motions plaintiff previously filed as to Dugsbery, (see Docket Nos.

25   883, 884), pending a ruling on defendants' motion for summary judgment on the issue of

26   standing, (see Docket No. 843), which motion remains under submission.  Because the

27   instant motion incorporates the arguments set forth in plaintiff's prior dispositive motions as

28   to Dugsbery, and as defendants' motion for summary judgment on the issue of standing

1  remains under submission, the Court hereby VACATES the December 22, 2006 hearing on

2  the instant motion.  The Court will set a new hearing date, if necessary, after it rules on

3  defendants' motion for summary judgment on the issue of standing.

4  By the instant motion, plaintiff additionally seeks to compel discovery from Dugsbery

5  or, in the alternative, the imposition of discovery sanctions against Dugsbery.  Pursuant to

6  Civil Local Rule 72-1, the instant discovery dispute between plaintiff and Dugsbery is

7  hereby REFERRED to Magistrate Judge Elizabeth D. Laporte, the magistrate judge to

8  whom all prior discovery disputes have been referred, to be heard and considered at the

9  convenience of her calendar.  To the extent defendants seek terminating sanctions due to

10  the asserted failure of Dugsbery to participate in discovery, the motion is referred for a

11  report and recommendation.

12  Finally, in the instant motion, with respect to the pending motion for summary

13  judgment on the issue of standing, which pending motion is based on decisions issued in

14  Ukrainian court actions separately filed by defendant Petro Mikolayevich Kiritchenko and

15  defendant Pavel Lazarenko ("Lazarenko"), plaintiff states that plaintiff has "learned that

16  [Lazarenko] lost in the Supreme Court of Ukraine in July, 2006" and that plaintiff "is unable

17  to obtain a copy of that decision, nor any underlying documents, from Lazarenko, Dugsbery

18  or any other defendants."  (See Motion at 4:5-8.)  Any such decision by the Ukrainian

19  Supreme Court is highly relevant to the pending motion for summary judgment on the issue

20  of standing and, if in fact issued, should have been submitted to this Court immediately

21  thereafter.  Accordingly, Lazarenko is hereby ORDERED to file, no later than December 29,

22  2006, a copy of the above-referenced Ukrainian Supreme Court decision along with a

23  supporting declaration and explanation as to why such document was not submitted earlier,

24  or a declaration attesting that no such decision has been issued and setting forth the

25  current status of his Ukrainian action.

26  **IT IS SO ORDERED.**

27  Dated: December 11, 2006

MAXINE M. CHESNEY
United States District Judge

28

2