IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT COMPANY,<br><br>　　　　　Plaintiff,<br>　v.<br><br>PETRO MIKOLAYEVICH KIRITCHENKO, et al.,<br><br>　　　　　Defendants<br>_____/ | No. C-99-3073 MMC (EDL)<br><br>**ORDER STRIKING AFFIDAVIT OF DR. W. SCOTT THOMPSON WITH SUPPLEMENTAL EVIDENCE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS KIRITCHENKOS' MOTION FOR SUMMARY JUDGMENT**<br><br>(Docket Nos. 1171-1173) |

　　　　On January 9, 2007, plaintiff filed an "Affidavit of Dr. W. Scott Thompson with Supplemental Evidence in Support of Plaintiff's Opposition to Defendants Kiritchenkos' Motion for Summary Judgment" ("Thompson Affidavit"). The Civil Local Rules of this District provide that "once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval." See Civil L.R. 7-3(d). As plaintiff neither sought nor obtained prior Court approval to file the Thompson Affidavit, the Thompson Affidavit and all attachments thereto are hereby STRICKEN from the record.

　　　　**IT IS SO ORDERED.**

Dated: January 11, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge