IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO,<br><br>    Plaintiff,<br><br>  v.<br><br>KIRITCHENKO ET AL,<br><br>    Defendant.<br>_____/ | No. C-99-03073 MMC (EDL)<br><br>**ORDER VACATING JANUARY 30, 2007 HEARING AND EXTENDING DURATION OF ATTACHMENTS UNTIL FEBRUARY 18, 2008** |

Plaintiff Universal Trading & Investment Company filed on December 21, 2006 a Motion for an order extending the attachments issued by this Court for a period of one year, from February 18, 2007 to February 18, 2008. Defendants filed an Opposition on January 9, 2007. Plaintiff did not file a Reply. Because this matter is appropriate for decision without oral argument, the Court vacates the January 30, 2007 hearing. Having read and considered the papers, and for good cause shown, IT IS HEREBY ORDERED that each of the following attachments be extended for a period of one year from February 18, 2007 to February 18, 2008:

1. Attachment of the property of Defendant Ludmilla Kiritchenko, 406 Paradise Drive, Tiburon, California 94920, including all parcels, land, improvements, and appurtenances, as set forth in Exhibit "A" to the Lambert Decl. filed in support of Plaintiff's motion;

2. Attachment of the property of Defendant Dugsbery, Inc., 100 Obertz Lane, Novato, California 94949, including all parcels, land, improvements, and appurtenances, as set forth in Exhibit "B" to the Lambert Affidavit filed in support of Plaintiff's motion;

3. Attachment of the property of Defendant BRC Property Holdings, Inc., the 50-acre unimproved parcel located in the City of Tiburon, California bearing Assessor's parcel number 058-100-09, as set forth in Exhibit "C" to the Lambert Affidavit filed in support of Plaintiff's motion;

4. Attachment of the property of Defendant Xanadu property Holdings, LLC, an unimproved 27-acre parcel located in the City of Tiburon, CA, bearing Assessor's parcel number 039-241-01, as set forth in Exhibit "E" to the Lambert Affidavit filed in support of Plaintiff's motion;

5. Attachment of the property of Defendant Petro Mikolayevich Kiritchenko, 901-903 Pine Street, San Francisco, CA, bearing Assessor's block 274 lot 24, including all parcels, land, improvements, and appurtenances, and 3500 Fulton Street, San Francisco, CA, bearing Assessor's block 654 lot 18B, including all parcels, land improvements, and appurtenances as set forth in Exhibit "F" to the Lambert Affidavit filed in support of Plaintiff's motion;

6. Attachment of the separate, blocked and frozen but interest bearing account in the name of Brancross U.S. Holdings, Inc., established pursuant to the Court's July 19, 2004 Order Granting Defendant Brancross U.S. Holding's Motion to Release Attachment, which account contains all proceedings from the sale of 185 Gilmartin Drive, Tiburon, California 94920, including all parcels, land, improvements, and appurtenances, and the 2.01 acre unimproved parcel located in the City of Tiburon, CA, bearing Assessor's parcel number 058-071-01, as set forth in Exhibit "D" to the Lambert Affidavit filed in support of Plaintiff's motion.

**IT IS SO ORDERED.**

Dated:   January 25, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

2