IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>PETRO MIKOLAYEVICH KIRITCHENKO, et al.,<br><br>          Defendants | No. C-99-3073 MMC (EDL)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; OVERRULING PLAINTIFF'S OBJECTIONS THERETO; DENYING PLAINTIFF'S MOTION FOR TERMINATING SANCTIONS**<br><br>(Docket No. 1102) |

Before the Court are plaintiff Universal Trading & Investment Company's ("UTI") objections to Magistrate Judge Elizabeth D. Laporte's Report and Recommendation of February 7, 2007, in which Magistrate Judge Laporte recommends denial of UTI's motion, filed November 17, 2006, for terminating sanctions against defendant Dugsbery, Inc. ("Dugsbery"). Defendant Pavel I. Lazarenko ("Lazarenko") has filed a response to the objections.

Having reviewed the matter de novo, the Court hereby OVERRULES UTI's objections and hereby ADOPTS the report and recommendation in its entirety, for the reasons expressed therein. Accordingly, UTI's motion for terminating sanctions against Dugsbery is hereby DENIED.

**IT IS SO ORDERED.**

Dated: April 3, 2007

MAXINE M. CHESNEY
United States District Judge