| | |
|---|---|
| 1 | STAN G. ROMAN (87652) (sroman@kksrr.com) |
| 2 | TRACY M. CLEMENTS (184150) (tclements@kksrr.com) |
|   | KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP |
| 3 | 114 Sansome Street, 4th Floor |
|   | San Francisco, CA 94104 |
| 4 | Telephone: (415) 249-8330 |
|   | Facsimile: (415) 249-8333 |
| 5 | |
| 6 | Attorneys for Defendant |
|   | PETER KIRITCHENKO |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO., | Case No.: C 99-3073 MMC (EDL) |
| Plaintiff, | [____] **ORDER GRANTING DEFENDANT PETER KIRITCHENKO'S MOTION FOR ADDITIONAL TIME TO FILE APPRAISER'S REBUTTAL** |
| v. | |
| PETRO MIKOLAYEVICH KIRITCHENKO, et al., | |
| Defendants. | Date: None Set |
| | Time: None Set |
| | Courtroom E |
| | Judge: Hon. Elizabeth D. Laporte |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ADDITIONAL TIME TO FILE APPRAISER'S REBUTTAL**
**C 99-3073 MMC (EDL)**

**ORDER**

Defendant's Motion for Additional Time to File Appraiser's Rebuttal is hereby GRANTED. Defendant may file a rebuttal to Plaintiff's critique of defendant's appraisal by Monday, April 23, 2007.

IT IS SO ORDERED.

Dated: April 19, 2007

_____
The Hon. Elizabeth D. Laporte
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR ADDITIONAL TIME TO FILE APPRAISER'S REBUTTAL**
**C 99-3073 MMC (EDL)**