STAN G. ROMAN (87652) (sroman@kksrr.com)
TRACY M. CLEMENTS (184150) (tclements@kksrr.com)
MICHAEL D. LISI (196974) (mlisi@kksrr.com)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendants
PETER KIRITCHENKO,
IZABELLA KIRITCHENKO, LUDMILLA
KIRITCHENKO, ABS TRADING, INC.,
BRANCROSS U.S. HOLDINGS, INC, XANADU PROPERTY
HOLDINGS, LLC and BRC PROPERTY HOLDINGS, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO.,<br><br>　　　　　　　Plaintiff,<br>　v.<br>PETRO MIKOLAYEVICH KIRITCHENKO, et al.,<br><br>　　　　　　　Defendants. | Case No.: C 99-3073 MMC (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS LEAVE TO FILE SECOND AMENDED ANSWER**<br><br>**Judge:**　　Hon. Maxine M. Chesney<br>**Courtroom:** 7, 19th Floor |

　　　Pursuant to Civil Local Rule 7-12, plaintiff Universal Trading & Investment Company ("UTI") and defendants Peter Kiritchenko, Izabella Kiritchenko, and Ludmilla Kiritchenko (collectively "the Kiritchenko Defendants"), and defendants ABS Trading, Inc., Brancross U.S. Holdings, Inc, Xanadu Property Holdings, LLC and BRC Property Holdings, LLC (collectively, "the Corporate Defendants") stipulate as follows and respectfully request that the Court enter the following Proposed Order:

**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS
LEAVE TO FILE SECOND AMENDED ANSWER
C 99-3073 MMC (EDL)**

1    WHEREAS on or about June 24, 1999, UTI filed its original Complaint in this action;

2    WHEREAS on January 20, 2000, UTI filed its Second Amended Complaint in this action;

3    WHEREAS on August 4, 2000, the Kiritchenko Defendants filed their Answer to the Second
4    Amended Complaint;

5    WHEREAS on August 11, 2000, the Corporate Defendants filed their Answer to the Second
6    Amended Complaint;

7    WHEREAS, as a result of then-pending criminal proceedings involving Mr. Kiritchenko, the
8    Kiritchenko Defendants invoked their Fifth Amendment rights and on that basis did not respond
9    substantively to portions of the Second Amended Complaint;

10    WHEREAS, because the corporate representatives who may have provided the Corporate
11    Defendants with the information necessary to respond to the Second Amended Complaint were also
12    parties to this action and were asserting their Fifth Amendment rights, the Corporate Defendants
13    were unable to respond to those allegations of the Second Amended Complaint that implicated the
14    Fifth Amendment concerns of the corporate representatives;

15    WHEREAS, on December 11, 2006, the Kiritchenko Defendants and the Corporate
16    Defendants, with the exception of ABS Trading, Inc. ("ABS"), sought and received leave to file an
17    amended answer to their previous Answer to the Second Amended Complaint to reflect this;

18    WHEREAS, on December 12, 2006, the Kiritchenko Defendants and the Corporate
19    Defendants, with the exception of ABS, filed their Amended Answer to the Second Amended
20    Complaint;

21    WHEREAS, because of pending issues related to whether ABS was in good standing with
22    the state of California, ABS did not amend its previous answer at that time;

23    WHEREAS the California Secretary of State has now issued a notice of revivor to ABS, and
24    thus ABS now wishes to amend its previous Answer to the Second Amended Complaint to reflect
25    this;

26    WHEREAS counsel for ABS has addressed this issue with plaintiff UTI, and UTI is willing

27
28   **STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS
     LEAVE TO FILE SECOND AMENDED ANSWER
     C 99-3073 MMC (EDL)**

to stipulate to the filing of the Second Amended Answer to the Second Amended Complaint on behalf of the Kiritchenko Defendants and all of the Corporate Defendants, including ABS;

IT IS HEREBY STIPULATED AND AGREED THAT, subject to Court approval, the Kiritchenko Defendants and the Corporate Defendants shall jointly file the Second Amended Answer to the Second Amended Complaint, a copy of which is attached as Exhibit A.

Dated: April 19, 2007        KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


BY: _____/s/_____
MICHAEL D. LISI
Attorneys for PETER KIRITCHENKO,
IZABELLA KIRITCHENKO, LUDMILLA,
ABS TRADING, INC., BRANCROSS
U.S. HOLDINGS, INC, XANADU PROPERTY
HOLDINGS, LLC and BRC PROPERTY HOLDINGS,
LLC

Dated: April 19, 2007        ASPELIN & BRIDGEMAN

By: _____
JOHN H. ASPELIN
Attorneys for Universal Trading & Investment Co.

PURSUANT TO STIPULATION, IT IS SO ORDERED:


Dated: __April 20__, 2007        _____
THE HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT

2

**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS
LEAVE TO FILE SECOND AMENDED ANSWER
C 99-3073 MMC (EDL)**