IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNIVERSAL TRADING & INVESTMENT CO, | No. C-99-03073 MMC (EDL) |
|---|---|
| Plaintiff, | **ORDER RE APPRAISER** |
| v. | |
| KIRITCHENKO ET AL, | |
| Defendant. | |

Pursuant to the Court's Orders of April 17 and 30, 2007, Plaintiff and Defendant Kiritchenko each proposed three candidates to appraise the attached property at 1901 Jackson Street, Unit 1, San Francisco, California. The Court has reviewed the parties' submissions and, after full consideration of the papers, the Court hereby ORDERS as follows:

Defendant shall engage Arlen C. Mills, MAI, SRA, CRE, to perform an appraisal of the attached property before May 25, 2007 to determine its fair market value. Defendant shall bear the cost of the appraisal. When the appraisal is complete, Defendant is ordered to promptly file the appraisal with the Court for consideration with Defendant's Motion to Release Attachment (Doc. No. 1272).

**IT IS SO ORDERED.**

Dated: May 8, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge