IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT COMPANY,<br><br>    Plaintiff,<br>  v.<br><br>PETRO MIKOLAYEVICH KIRITCHENKO, et al.,<br><br>    Defendants / | No. C-99-3073 MMC (EDL)<br><br>**ORDER GRANTING KIRITCHENKO'S ADMINISTRATIVE REQUEST TO SELECT ALTERNATE APPRAISER; EXTENDING DEADLINE TO SUBMIT APPRAISAL**<br><br>(Docket No. 1359) |

    Before the Court is defendant Peter Kiritchenko's ("Kiritchenko") "Administrative Request to Select Alternate Appraiser," filed May 21, 2007. Plaintiff Universal Trading & Investment Company ("UTI") has filed an "opposition" to Kiritchenko's request, although said opposition does not address the specific relief sought by Kiritchenko.[1]

    In an order filed May 8, 2007, Magistrate Judge Elizabeth D. Laporte ordered Kiritchenko to submit an appraisal by Arlen C. Mills ("Mills") no later than May 25, 2007, for purposes of determining the fair market value of property at 1901 Jackson Street, Unit 1, San Francisco, California; Magistrate Judge Laporte had selected Mills from a list of six appraisers, three submitted by UTI and three by Kiritchenko. Kiritchenko now submits

---

[1] The instant matter was submitted to the undersigned as a result of Judge Laporte's unavailability.

evidence that Mills is unavailable; he requests that the Court appoint another appraiser from the list of appraisers previously submitted, and extend the deadline for submitting the appraisal by two weeks.

For good cause shown, and as UTI has not opposed the relief sought, Kiritchenko's administrative request is hereby GRANTED.  Kiritchenko shall submit an appraisal by Andrew Wells no later than June 8, 2007.

**IT IS SO ORDERED.**

Dated: May 25, 2007

MAXINE M. CHESNEY
United States District Judge