IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO,<br><br>    Plaintiff,<br><br>v.<br><br>KIRITCHENKO ET AL,<br><br>    Defendant.                            / | No. C-99-03073 MMC (EDL)<br><br>**ORDER VACATING JUNE 6, 2007 HEARING AND EXTENDING DURATION OF ATTACHMENTS UNTIL JUNE 17, 2008** |

Plaintiff Universal Trading & Investment Company filed on May 14, 2007 a Motion for an order extending the attachments issued by this Court for a period of one year, from June 17, 2007 to June 17, 2008. Defendants filed an Opposition on May 23, 2007. Plaintiff filed a Reply on May 29, 2007. Because this matter is appropriate for decision without oral argument, the Court vacates the June 6, 2007 hearing. Upon review of the papers, and for good cause shown, IT IS HEREBY ORDERED that each of the following attachments be extended for a period of one year, from June 17, 2007 to June 17, 2008:

(1) Attachment of the real property and improvements thereon commonly known and described as Unit Number 1 of 1901 Jackson Street ("The Baron Edward S. Rothschild House"), San Francisco, California, recorded with the Assessor-Recorder of the City and County of San Francisco, California, bearing Assessor's Parcel Numbers 5-601-21 (Lot 21, Block 601) and 5-601-22 (Lot 22, Block 601).

(2) Attachment of the real property and improvements thereon commonly known and described as 2001-2027 Chestnut Street, San Francisco, California, and recorded with the Assessor-Recorder of the City and County of San Francisco, California, bearing Assessor's Parcel Number 4-491-1 (Lot 1, Block 0491).

(3) Attachment of the separate, blocked and frozen but interest bearing account held at First Bank and Trust Co. in San Francisco, account number 43-008-01-3, which account contains all proceeds from the sale of the real property and improvements thereon commonly known and described as Unit Number 1502 of 10727 Wilshire Boulevard, Los Angeles, California, bearing Assessor's Identification Number 4360-033-063.

(4) Attachment of the separate, blocked and frozen but interest bearing account held at First Bank and Trust Co. in San Francisco, established pursuant to the Court's April 5, 2007 Order Granting Defendant's Motion to Release Attachment, which account contains all proceeds from the sale of the real property and improvements thereon commonly known and described as Unit Number 2 of 1901 Jackson Street ("The Baron Edward S. Rothschild House"), San Francisco, California, recorded with the Assessor-Recorder of the City and County of San Francisco, California, bearing Assessor's Parcel Numbers 5-601-21 (Lot 21, Block 601) and 5-601-22 (Lot 22, Block 601).

**IT IS SO ORDERED.**

Dated: May 31, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge

2