ASPELIN & BRIDGMAN, LLP
JOHN ASPELIN, ESQ. S.B. #56477
220 Montgomery Street, Suite 1009
San Francisco, California, 94104
OFC: (415) 296-9812
FAX: (415) 296-9814

Attorneys for Plaintiff,

UNIVERSAL TRADING & INVESTMENT Co.

# IN THE UNITED STATES DISTRICT COURT

## FOR NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT COMPANY, a Massachusetts corporation<br><br>Plaintiff,<br><br>vs.<br><br>PETRO MIKOLAYEVICH KIRITCHENKO, an individual, et al.,<br><br>Defendants | No. 99-3073 MMC/EDL<br><br>[PROPOSED] ORDER   DENYING GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME ON HEARING PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' DISCLOSURE OF EXPERTS AND MOTION TO SHORTEN TIME ON HEARING DEFENDANTS' MOTION TO COMPEL EXPERT REPORTS |

Before the Court is the Motion of Plaintiff Universal Trading & Investment Co. to shorten time, pursuant to Local C.R. 6-3, for hearing its Expedited Motion to Compel Defendants' Expert Witnesses Disclosure, and the Motion of the Kiritchenko Defendants, joined by the Lazarenko Defendants, to shorten time for hearing their Motion to Compel Expert Reports in Compliance with Rule 26.  The Court finds there is **insufficient** cause to grant the Motions to shorten time. Accordingly, the Motions are hereby **DENIED.**  The hearing on the Plaintiff's Motion to Compel and on the Defendants' Motion to Compel, both related to the expert witnesses' disclosure, is set for

(Proposed) Order Granting **Denying** Motion to Shorten Time, UTI v. Kiritchenko et al., No. 99-3073

**July 10, 2007, at 9:00 a.m, in Courtroom E.  Oppositions to both Motions shall be filed on or before June 29, 2007, at 4:00 p.m.  No Reply shall be filed for either Motion.**

   **The parties are ordered to meet and confer in good faith before the hearing in an attempt to resolve or narrow their disputes.  The parties shall promptly inform the Court if the parties resolve any or all of their disputes before the hearing.**

**IT IS SO ORDERED.**

Dated: ____June 22, 2007_____     By:_____

                    The Honorable Elizabeth D. Laporte

(Proposed) Order Granting **Denying** Motion to Shorten Time, UTI v. Kiritchenko et al., No. 99-3073