IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO,<br><br>  Plaintiff,<br><br>  v.<br><br>KIRITCHENKO ET AL,<br><br>  Defendant.    / | No. C-99-03073 MMC (EDL)<br><br>**ORDER RE MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

   Plaintiff Universal Trading & Investment Company filed on December 10, 2007 a Motion for Leave and Motion for Reconsideration of Order to Release Attachments Dated December 7, 2007. Defendants may file an opposition to the Motion for Leave to file a Motion for Reconsideration and must do so no later than December 18, 2007. The opposition may not exceed seven pages. No reply shall be filed, and the Court will consider Plaintiff's request on the papers.

IT IS SO ORDERED.

Dated: December 11, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge