IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO,<br><br>Plaintiff,<br><br>v.<br><br>KIRITCHENKO ET AL,<br><br>Defendant._____/ | No. C-99-03073 MMC (EDL)<br><br>**ORDER TAKING JUDICIAL NOTICE** |

The Court takes judicial notice of the Ninth Circuit's December 11, 2007 Order attached as Exhibit A to Plaintiff's Objection to Submission of Defendants Kiritchenko, but the Order does not alter the Court's conclusion in its Order Denying Plaintiff's Motion for Leave to File a Motion for Reconsideration.

Dated: December 21, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge