IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO,<br><br>Plaintiff,<br><br>v.<br><br>KIRITCHENKO ET AL,<br><br>Defendant. | No. C-99-03073 MMC (EDL)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO STAY RELEASE OF ATTACHMENTS PENDING RESOLUTION OF MOTION FOR PRELIMINARY INJUNCTION AND/OR FOR TEMPORARY RESTRAINING ORDER AND TO EXCLUDE TIME FROM COMPUTATION** |

Plaintiff Universal Trading Co. ("Plaintiff") has moved yet again to prevent the release of attachments at issue. Plaintiff previously requested leave to file a motion for reconsideration of this Court's December 7, 2007 Order granting Defendants' Motion for Release of Attachments, which the Court denied. Plaintiff now seeks to stay this Court's order releasing the attachments pending resolution of its post-trial motions pending before the District Court. Plaintiff's motion is DENIED. The District Court issued an order on January 10, 2008 denying Plaintiff's various post-trial motions. Accordingly, Plaintiff's request for a stay pending resolution of its post-judgment motions is now moot. Plaintiff also asks that the Court declare that the attachments at issue be extended to five years. However, this request is also DENIED as moot, because said attachments have already been released.

Finally, Plaintiff also seeks a temporary restraining order prohibiting Defendants' transfer or dissipation of assets without Court order. Because the District Court already denied Plaintiff's motion for preliminary injunction, this Court will not grant Plaintiff's request for a temporary restraining order. Docket No. 1786 at 5-7. In addition, this request is merely an attempt to obtain reconsideration of this Court's prior orders regarding the attachments. Finally, given the District Court's prior orders finding that it lacks standing, Plaintiff has not established a strong likelihood or

probable success on the merits.

In accordance with the foregoing, Plaintiff's Motion is DENIED.

Dated: January 29, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge