IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO,<br><br>Plaintiff,<br><br>v.<br><br>KIRITCHENKO ET AL,<br><br>Defendant.                              / | No. C-99-03073 MMC (EDL)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

Plaintiff Universal Trading Co. ("Plaintiff") has moved for leave to file a motion for reconsideration of this Court's January 29, 2008 Order Denying its motion to stay the release of attachments. This is Plaintiff's third motion that essentially seeks to set aside this Court's order releasing the attachments. Plaintiff's request is DENIED. This case is closed. Insofar as Plaintiff argues that the Summary Judgment Order is now subject to being vacated, it must direct these arguments to the Honorable Maxime M. Chesney, not this Court. The Court expresses no opinion as to whether such motion would be well-founded or too late.

Dated: February 6, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge