IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNIVERSAL TRADING & INVESTMENT COMPANY,

        Plaintiff,

  v.

PETRO MIKOLAYEVICH KIRITCHENKO, et al.,

        Defendants
                              /

No. C-99-3073 MMC (EDL)

**ORDER DEFERRING RULING ON PLAINTIFF'S ADMINISTRATIVE REQUEST; SETTING DEADLINE FOR SUPPLEMENTAL OPPOSITION**

Before the Court is plaintiff's Administrative Request,[1] filed March 4, 2008, that the Court indicate its willingness to entertain a motion, to be brought pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, based on plaintiff's purported discovery of fraud upon the Court. On March 7, 2008, the Kiritchenko Defendants filed opposition, in which the Lazarenko Defendants and defendant Michael Menko joined.

As initially filed, plaintiff's request included eleven exhibits. Thereafter, on March 17, 2008, plaintiff filed "supplemental evidence" in support thereof, consisting of twenty additional exhibits. Defendants have not had an opportunity to address plaintiff's

---

[1] Although designated as such, plaintiff's request does not concern an "administrative" matter. See, e.g., Civil Local Rule 7-11 (providing, as examples of matters properly raised by motion for administrative relief, "matters such as motions to exceed otherwise applicable page limitations or motions to file documents under seal").

1 | supplemental filing.

2 |       Accordingly, the Court hereby defers ruling on plaintiff's request and affords defendants the opportunity to file, no later than March 28, 2008, a supplemental opposition.

**IT IS SO ORDERED.**

Dated: March 19, 2008

MAXINE M. CHESNEY
United States District Judge