**United States District Court**

**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO., INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PETRO KIRITCHENKO, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. 99-3073 MMC<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE** |

　　　　George Lambert, an active member in good standing of the bar of the District of Columbia, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing plaintiff,

　　　　IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney shall indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party.

　　　　**IT IS SO ORDERED.**

Dated: September 10, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge