| | |
|---|---|
| 1 | GEORGE LAMBERT, ESQ. |
|   | D.C. bar #979327, *Pro Hac Vice* |
| 2 | LAW OFFICES OF LEONARD J. SUCHANEK |
|   | 1025 Connecticut Ave., Suite #1000 |
| 3 | Washington D.C. 20036 |
|   | Tel: (202) 640-1897 |
| 4 | Fax (202) 747 7797, e-mail: LawDC10@aol.com |
|   | Attorneys for Plaintiff |
| 5 | Universal Trading & Investment Co. Inc. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

UNIVERSAL TRADING & INVESTMENT CO., INC.

Plaintiff,

v.

PETRO M. KIRITCHENKO et al.

Case No. 99-CV-~~3037~~-MMC
(03037)

**ORDER APPROVING**

**NOTICE**

**OF SUBSTITUTION OF PLAINTIFF'S ATTORNEYS**

NOTICE is given of the substitution of Plaintiff's attorneys in the above styled action, as follows.

Attorney John H. Aspelin, Esq., of Aspelin Bridgman LLP, at 220 Montgomery Street, Suite 1009, San Francisco, CA 94104, currently of record, is substituted, with consent of Plaintiff, Universal Trading & Investment Co. Inc., by Jeffrey A. Needelman, Esq., Attorney at Law, P.O. Box 471146, San Francisco, CA, 94147-1146. Jeffrey A. Needelam, Esq. will further undertake sponsorship of the admission *pro hac vice* of George Lambert, Esq., attorney for Plaintiff, in this

Law, P.O. Box 471146, San Francisco, CA, 94147-1146. Jeffrey A. Needelman, Esq. will further undertake sponsorship of the admission pro hac vice of George Lambert, Esq., attorney for Plaintiff, in this action.

Accordingly, the clerk should take attorney John H. Aspelin, Esq. off the service list in this action.

Respectfully submitted,

Dated: September 16, 2010

_____
John H. Aspelin, Esq.
Aspelin Bridgman LLP, Cal. S.B. #56477
220 Montgomery St., #1009, San Francisco, CA 94104
Tel. (415) 296-9812
E-mail: jaspelin@aspelinbridgman.com

Dated: September___, 2010

_____
Jeffrey A. Needelman, Esq.
Attorney at Law, Cal. S. B. #193892
P.O. Box 471146, San Francisco, CA 94148-1146,
Tel. (415) 441 04401
E-mail: jneedelmanesq@sbcglobal.net

1  Law, P.O. Box 471146, San Francisco, CA, 94147-1146. Jeffrey A. Needelman, Esq. will
2  further undertake sponsorship of the admission pro hac vice of George Lambert, Esq., attorney
3  for Plaintiff, in this action.
4
5  Accordingly, the clerk should take attorney John H. Aspelin, Esq. off the service list in
6  this action.
7  Respectfully submitted,
8
9
              Dated: September ___, 2010
10
11
12  _____
    John H. Aspelin, Esq.
13  Aspelin Bridgman LLP, Cal. S.B. #56477
    220 Montgomery St., #1009, San Francisco, CA 94104
14  Tel. (415) 296-9812
    E-mail: jaspelin@aspelinbridgman.com
15
16
17
18  Dated: September 16, 2010
19
20  [signature]
21
    Jeffrey A. Needelman, Esq.
22  Attorney at Law, Cal. S.B. #193892
    P.O. Box 471146, San Francisco, CA 94148-1146,
23  Tel. (415) 441 04401
    E-mail: jneedelmanesq@sbcglobal.net
24
25
26
27
28

Substitution of Plaintiff's Counsel, 99cv3073-MMC                              2

1  Consented to by Plaintiff:

3  Dated: September 15, 2010

/s/
George Lambert, Esq.

Attorneys for Plaintiff
Universal Trading & Investment Co., Inc.

17  Dated:  September 21, 2010

