IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT CO., <br><br> Plaintiff, <br><br> v. <br><br> PETRO MIKOLAYEVICH KIRITCHENKO, et al. <br><br> Defendants. | No. C-99-3073 MMC <br><br> **ORDER VACATING OCTOBER 8, 2010 HEARING ON DEFENDANTS' MOTION FOR ORDER PERMITTING RECOVERY OF BONDS** |

Before the Court are defendants Peter Kiritchenko, Ludmilla Kiritchenko, Brancross U.S. Holdings, Inc., BRC Property Holdings, LLC, and Xanadu Property Holdings, LLC's motion for order permitting recovery of bonds, filed August 31, 2010. Plaintiff Universal Trading & Investment Co. has filed a single opposition, to which defendants have separately replied. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision thereon, and VACATES the hearing scheduled for October 8, 2010.

**IT IS SO ORDERED.**

Dated: October 6, 2010

MAXINE M. CHESNEY
United States District Judge