IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT COMPANY, a Massachusetts corporation<br><br>  Plaintiff,<br><br>  v.<br><br>PETRO MIKOLAYEVICH KIRITCHENKO, an individual, et al.,<br><br>  Defendants.<br>_____/ | No. C-99-3073 MMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR STAY OF EXECUTION OF ORDER PERMITTING RECOVERY OF ATTACHMENT BONDS; VACATING DECEMBER 3, 2010 HEARING** |

  Before the Court is plaintiff Universal Trading & Investment Company's ("UTI") Motion for Stay of Execution of Order Permitting Recovery of Attachment Bonds ("Motion for Stay"), filed October 19, 2010, by which UTI requests this Court stay, for an unspecified period of time, its Order Granting Defendants' Motion for Order Permitting Recovery on Attachment Bonds ("Bond Order"), issued October 13, 2010. Defendants Peter Kiritchenko, Ludmilla Kiritchenko, Brancross U.S. Holdings, Inc., BRC Property Holdings, LLC, and Xanadu Property Holdings, LLC have filed opposition, to which UTI has filed a reply. Having read and considered the papers filed in support of and in opposition to the Motion, the Court deems the matter suitable for decision on the parties' respective submissions, VACATES the hearing scheduled for December 3, 2010, and rules as follows.

  UTI does not identify the authority pursuant to which it requests a stay of the Bond

Order, and none is apparent.  Moreover, the Court previously has considered and found unpersuasive the arguments UTI again raises in the instant motion.  (<u>See</u> Orders filed Oct. 13, Nov. 1, & Nov. 17, 2010.)

Accordingly, UTI's Motion for Stay is hereby DENIED.

**IT IS SO ORDERED.**

Dated:  November 22, 2010

MAXINE M. CHESNEY
United States District Judge