IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL TRADING & INVESTMENT COMPANY, a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>PETRO MIKOLAYEVICH KIRITCHENKO, an individual, et al.,<br><br>Defendants. | No. C-99-3073 MMC<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF FOR LEAVE TO CONSIDER LATE MEMORANDUM; DENYING AS MOOT PLAINTIFF'S MOTION FOR ORDER ALLOWING INSPECTION OF PURPORTED CONTRACTUAL DOCUMENTS** |

In light of third-party American Contractors Indemnity Company's withdrawal, filed August 11, 2011, of its Motion for Entry of Judgment Against Bond Principal, the Court hereby DENIES as moot plaintiff Universal Trading & Investment Company's (1) "Request for Administrative Relief for Leave to Consider Late Memorandum in Opposition to Motion by American Contractors Indemnity Company Against Bond Principal," filed July 20, 2011, and (2) "Motion for an Order Allowing Inspection of Purported Contractual Documents Between American Indemnity Company and Plaintiff," filed July 21, 2011.

**IT IS SO ORDERED.**

Dated: August 12, 2011

MAXINE M. CHESNEY
United States District Judge